**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _____ 𝟝·𝟚·𝟙𝟠 _____

**IDEAVILLAGE PRODS. CORP.,**

                                        **17-cv-8704 (JGK)**

                **Plaintiff,**

                                        **ORDER**

        **- against -**

**SHENZEN CITY POLY HUI FOREIGN TRADE**
**CO., LTD., ET AL.,**

                **Defendants.**

**JOHN G. KOELTL, District Judge:**

        The plaintiff should submit a letter to the Court by **May 4,**

**2018** outlining the status of the case, identifying which

defendants remain in the case, and including a proposal for the

conduct of the case moving forward.

**SO ORDERED.**

**Dated:    New York, New York**
        **April 30, 2018**

                                        John G. Koeltl
                                **United States District Judge**