**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────────

**IDEAVILLAGE PRODUCTS CORP.,**　　　　　17-cv-8704 (JGK)

　　　　　　**Plaintiff,**　　　　　　　　**ORDER**

　　　- against -

**SHENZEN CITY POLY HUI FOREIGN TRADE
CO., LTD. d/b/a A_BRILLIANT, ET AL.,**

　　　　　　**Defendants.**
────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

　　The Court has received the Report and Recommendation of Magistrate Judge Moses dated December 12, 2019. No Objections have been filed and the time for filing Objections has passed. In any event, the Court finds that the Report and Recommendation are well reasoned, and the Court adopts them.

　　The plaintiff should submit a proposed judgment in accordance with the Report and Recommendation by **February 14, 2020.**

　　By **February 14, 2020,** the plaintiff should also show cause by written submission why the claims against the eight defendants referred to on page 22 of the Report and Recommendation should not be dismissed pursuant to Fed. R. Civ. P. 41(b).

The plaintiff is also directed to serve a copy of this Order on the Defaulting Defendants in accordance with the procedure referred to by Magistrate Judge Moses on page 22 of her Report and Recommendation and file proof of service by **February 14, 2020.**

**SO ORDERED.**
**Dated:    New York, New York**
           **January 31, 2020**

                                                              /s/ John G. Koeltl
                                                                **John G. Koeltl**
                                        **United States District Judge**