UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IDEAVILLAGE PRODUCTS CORP.,                    17-cv-8704 (JGK)

        Plaintiff,                              ORDER

  - against -

SHENZEN CITY POLY HUI FOREIGN TRADE
CO., LTD. d/b/a A_BRILLIANT, ET AL.,

        Defendants.

---

**JOHN G. KOELTL, District Judge:**

    The Magistrate Judge recommended that the plaintiff show cause as to why its claims against eight defendants, whom the plaintiff either failed to serve with inquest papers or who were not yet dismissed but against whom no damages award had been sought, should not be dismissed. (Dkt. No. 81.) In the notice of dismissal that the plaintiff subsequently filed, the plaintiff failed to include one of the eight defendants, Wenzhou Easy Far Import & Export Co., Ltd. (Dkt. No. 87.) Because there is no objection, the plaintiff's claims against Wenzhou Easy Far Import & Export Co., Ltd. are dismissed.

    The case has been resolved with respect to all defendants; the Clerk is directed to close this case.

**SO ORDERED.**

**Dated:   New York, New York
          April 22, 2020**

                                          /s/ John G. Koeltl
                                          **John G. Koeltl
                                  United States District Judge**