UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

IDEAVILLAGE PRODUCTS CORP.,

                         Plaintiff,        CIVIL ACTION
                                            17-cv-8704 (JGK)(BM)

      - against -                      **SATISFACTION OF JUDGMENT**

SHENZHEN CITY POLY HUI FOREIGN
TRADE CO., LTD. d/b/a A_BRILLIANT, *et al.*
                         Defendants.
------------------------------------------------x

WHEREAS, a judgment was entered in the above action on the 22nd day of April, 2020 in favor of Plaintiff Ideavillage Products Corp. and against Defendant Aphrodi Store in the amount of $50,000.00, and said judgment having been satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction on the docket of said judgment against Defendant Aphrodi Store.

Dated: January 27, 2025            Respectfully submitted,

      New York, New York

                                               EPSTEIN DRANGEL LLP

                                               BY: _____
                                               Jason M. Drangel (JD 7204)
                                               jdrangel@ipcounselors.com
                                               60 East 42nd Street, Suite 1250
                                               New York, NY 10165
                                               Telephone:   (212) 292-5390
                                               Facsimile:    (212) 292-5391
                                               *Attorney for Plaintiff*
                                               *Ideavillage Products Corp.*

NOAH D. RODMAN
Notary Public, State of New York
Registration #01RO6249146
Qualified in Westchester County
Commission Expires 10/11/2027

SO ORDERED:

1/28/25 _____
         U.S.D.J.